# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3398

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Charles Edwin Davidson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: June 20, 2000

Filed: June 29, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Charles Edwin Davidson appeals the denial of his motions for return of property, for disqualification of the United States Attorney (USA), and for recusal of United States District Judge George Howard, Jr. and "all other similarly situated Masonic judges" (collectively District Judge). Davidson claims he did not receive due process when his guns and vehicles, seized in connection with his arrest on multiple criminal counts, were distributed to other parties before he was given an opportunity to show he was lawfully entitled to them. Contrary to Davidson's view, he had no right to present evidence because "it [was] apparent that [Davidson] [was] not lawfully entitled

to own or possess the property" he claimed.  See United States v. Felici, 208 F.3d 667, 670 (8th Cir. 2000).  As a convicted felon, Davidson was prevented from possessing the guns, see id.; a pickup, confirmed stolen, was turned over to the insurance company; and vehicles subject to liens were turned over to the lienholders.  The district court properly denied Davidson's motion for return of property.  His motions for disqualification of the USA and for recusal of the District Judge are without merit and were also properly denied.  Davidson's motion to strike the brief of the United States, taken with this case, is now denied.

We affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.